# United States District Court
## Western District of Wisconsin

FILED/REC'D
2025 APR 15 A 10: 51
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Mota-Cordones Henri
(Full name of Prisoner)

02316-506
(Prisoner I.D. Number)

Case No. _____
(Provided by clerk of court)

25-cv-295-wmc

Petitioner,

Inmigration & Customs Enforcement
(Name of Warden, Superintendent, Jailor or authorized person having custody of petitioner)

310 E Knapp st
Milwaukee, Wisconsin 53202

Respondent.

## PETITION FOR WRIT OF HABEAS CORPUS
### PURSUANT TO 28 U.S.C. § 2241
### BY A PERSON IN FEDERAL CUSTODY

I. **General Information**

   A. Place of confinement: FCI Oxford

   B. Petitioner's institutional address: P.O. Box 1000
   Oxford, WI 53952

II. **SUBJECT OF THIS PETITION**

   A. Indicate the type of decision or action which you are challenging:

   ~~Denial of parole~~
   ~~Revocation of parole~~
   ~~Disciplinary matter~~
   ~~Revocation of good time credits~~
   ~~Detainer~~
   ✓ Immigration or deportation order
   ___ Other (described briefly the type of decision or action involved)

   B. Who made the decision or took the action? Ice

   C. Date of decision or action? 10-31-2024

D.   Was there a hearing of any kind?   Yes ( )   No (✓)

   1.   First hearing:
        Date: _____
        Location: _____
        Conducted by: ____ N/A _____
        Result: _____

   2.   Second hearing:
        Date: _____
        Location: _____
        Conducted by: ____ N/A _____
        Result: _____

E.   Were you represented by counsel or a staff member at any hearing?
     Yes ( )   No (✓)

     If yes, give name and address: ____ N/A ____

III.   PREVIOUS APPEALS/ADMINISTRATIVE REMEDY PROCEDURES

   A.   If your claim concerns a parole matter (for example, denial, modification or revocation of parole) complete the following:

      1.   Did you appeal the decision to the Regional Commissioner?
           Yes ( )   No (✓)

           a.   Date of filing appeal: _____
           b.   Grounds raised: ____ N/A _____
           c.   Result and date: _____

      2.   Did you appeal the decision to the National Appeals Board/U.S. Parole Commission?   Yes ( )   No (✓)

           a.   Date of filing appeal: _____
           b.   Grounds raised: ____ N/A _____
           c.   Result and date: _____

B.  If your claim concerns something other than parole (for example, a disciplinary matter) complete the following about the administrative remedy procedures. (See C.F.R. § 542.10)

   1. Did you attempt to resolve your complaint informally? Yes ( )  No (✓)

   2. Did you file a formal complaint?  Yes ( )  No (✓)

   3. Did you appeal to the Warden?  Yes ( )  No (✓)

   4. Did you appeal to the Regional Commissioner?  Yes ( )  No (✓)

   5. Did you appeal to the General Counsel?  Yes ( )  No (✓)

   6. If you did not use the Administrative Remedy Procedure, explain why you did not do so. I'm not using administrative remedies because its an issue a court has to resolve against ICE

C.  Attach copies of your incident report or parole rationale (where appropriate), your request(s) for an administrative remedy and the response(s) you received. If you cannot do so, explain why not. N/A

D.  Have you filed any previous lawsuit(s) related to your present claim? Yes ( )  No (✓)

   1. Name and location of court:
   2. Date of filing:
   3. Case Number:           N/A
   4. Nature of suit:
   5. Grounds raised:
   6. Result and date:

## IV. GROUNDS FOR RELIEF

State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. It is not necessary to cite cases or law in this petition. However, if you wish to cite cases or law, you should do so in a separate memorandum or brief. If necessary, you may attach extra page(s) of facts supporting your grounds for relief.

A.  Ground One: I have an Corder of removal from ice that is not final I was not issue by a Judge
Supporting FACTS (tell your story briefly without citing cases or law).

Attachments 6 pages Supporting Documents

B.   Ground Two: _____

Supporting **FACTS** (tell your story briefly without citing cases or law).

_____
_____
_____
_____
_____
_____
_____

C.   . Ground Three: _____

Supporting **FACTS** (tell your story briefly without citing cases or law).

_____
_____
_____
_____
_____
_____

D.   Ground Four: _____

Supporting **FACTS** (tell your story briefly without citing cases or law).

_____
_____
_____
_____
_____
_____

## V. REQUEST FOR RELIEF

State here exactly what you want the court to do for you.

I will like the Court to void the final order by ICE on just leave a Detainer status against me, when I finish my sentence the BOP can have them grab me on Be proces under immigration court.

## VI. DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify or state) under penalty of perjury, that I am the petitioner in the above action, that I have read the above petition and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Signed this 3 day of April, 2025.

HENRI MOTA COBBOLVES
Signature of Petitioner