**FSA Time Credit Assessment**

Register Number:02316-506, Last Name:MOTA CORDONES

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case SCA days as of 10-10-2024. These dates
can change if there are changes to one or more of the following: the individuals FSA risk,
FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 11-16-2026
Projected Release Method: GCT REL
FSA Projected Release Date: 11-16-2025
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 11-16-2025
SCA Conditional Placement Days: N/A
SCA Conditional Placement Date: N/A
FSA Conditional Placement Days: 175
FSA Conditional Placement Date: 05-25-2025
Conditional Transition To Community Date: 05-25-2025
--- SCA Ineligible ----------------------------------------------------------------------
--- Detainers
 Id  Lodged       Org Authority
 001 12-26-2023   ICE BICE, 310 E KNAPP STREET, MILWAUKEE, WI 53202

## FSA Time Credit Assessment
Register Number:02316-506, Last Name:MOTA CORDONES

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 02316-506          Responsible Facility: OXF
Inmate Name                             Assessment Date.....: 10-10-2024
   Last.............: MOTA CORDONES     Period Start/Stop...: 03-03-2022 to 10-10-2024
   First............: HENRI             Accrued Pgm Days....: 947
   Middle...........:                   Disallowed Pgm Days.: 5
   Suffix...........:                   FTC Towards RRC/HC..: 70
Gender..............: MALE              FTC Towards Release.: 365
Start Incarceration: 11-30-2021         Apply FTC to Release: Yes
```

*(handwritten annotation: "My earn FTC Credits" with arrow pointing to 947, 5, 70, 365, Yes)*

```
Start       Stop         Pgm Status    Pgm Days
03-03-2022  09-27-2022   accrue        208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
```
---
```
Start       Stop         Pgm Status    Pgm Days
09-27-2022  09-28-2023   accrue        366
  Accrued Pgm Days...: 366
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 195
```
---
```
Start       Stop         Pgm Status    Pgm Days
09-28-2023  10-03-2023   disallow      5
  Not in qualifying admit status.
   Facility Category  Assignment   Start        Stop
    ATL     ARS       A-BOP HLD    09-28-2023   10-04-2023
    B03     ARS       A-ADMIT      09-27-2023   09-28-2023
    B03     ARS       RELEASE      09-28-2023   09-28-2023
    BEN     ARS       TRANSFER     09-27-2023   09-27-2023
    I-T     ARS       A-ADMIT      09-28-2023   09-28-2023
    I-T     ARS       RELEASE      09-28-2023   09-28-2023
```
---
```
Start       Stop         Pgm Status    Pgm Days
10-03-2023  10-10-2024   accrue        373
  Accrued Pgm Days...: 373
  Carry Over Pgm Days: 4
  Time Credit Factor.: 15
  Time Credits.......: 180
--- FSA Assessment(s) ---------------------------------------------------------
```

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:02316-506, Last Name: MOTA CORDONES

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Register Number: 02316-506              Risk Level Inmate....: R-MIN
Inmate Name                                General Level......: R-MIN (2)
  Last.........: MOTA CORDONES             Violent Level......: R-MIN (3)
  First........: HENRI                  Security Level Inmate: LOW
  Middle.......:                        Security Level Facl..: LOW
  Suffix.......:                        Responsible Facility.: OXF
Gender.........: MALE                   Start Incarceration..: 11/30/2021
```

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 2

General Score: -6, Violent Score: -2

Risk Item Data

```
  Category  - Assignment - Start            - Stop
  EDC         BASIC LAW    08/01/2023 18:00   08/01/2023 18:00
  WSP         PAR NATLC    01/31/2024 08:52   01/31/2024 08:52
```

---

Item: Work Programs, Value: 0

General Score: 0, Violent Score: 0

Risk Item Data
  No Data

*[Handwritten annotation with arrow pointing to Risk Level section: "Shows that my recidivism numbers are very low."]*